UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MENAN,

        Plaintiff,

   v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF2, SELECT PORTFOLIO SERVICING, INC., and DOES 1 through 50, inclusive,

        Defendants.

NO. CIV. S-12-0109 LKK/EFB

O R D E R

    A hearing on defendants' Motion to Dismiss, ECF No. 5, is currently scheduled for February 27, 2012. Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due on February 13, 2012. Plaintiff has not filed an opposition or statement of non-opposition.

    Accordingly, the court ORDERS as follows:

        [1] The hearing on defendants' Motion to Dismiss, ECF

1

1   No. 5, is CONTINUED to March 12, 2012 at 10:00 a.m.
2   [2] Plaintiff SHALL file an opposition or statement of
3   non-opposition no later than February 27, 2012.
4   Defendant MAY file a reply no later than March 5, 2012.
5   [3] Counsel for plaintiff is ORDERED to SHOW CAUSE in
6   writing  why sanctions should not issue in accordance
7   with Local Rule 110, including a fine of $150 or
8   judgment for defendants. Counsel for plaintiff SHALL
9   file a response to this order to show cause within seven
10  (7) days of the issuance of this order.
11  IT IS SO ORDERED.
12  DATED: February 16, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT