UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MENAN,

          Plaintiff,

    v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF2, SELECT PORTFOLIO SERVICING, INC., and DOES 1 through 50, inclusive,

          Defendants.

                                        /

NO. CIV. S-12-0109 LKK/EFB

O R D E R

A hearing on defendants' Motion to Dismiss, ECF No. 5, is currently scheduled for February 27, 2012. Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due on February 13, 2012. Plaintiff has not filed an opposition or statement of non-opposition.

Accordingly, the court ORDERS as follows:

    [1] The hearing on defendants' Motion to Dismiss, ECF

1

1  No. 5, is CONTINUED to March 12, 2012 at 10:00 a.m.
2  [2] Plaintiff SHALL file an opposition or statement of
3  non-opposition no later than February 27, 2012.
4  Defendant MAY file a reply no later than March 5, 2012.
5  [3] Counsel for plaintiff is ORDERED to SHOW CAUSE in
6  writing  why sanctions should not issue in accordance
7  with Local Rule 110, including a fine of $150 or
8  judgment for defendants. Counsel for plaintiff SHALL
9  file a response to this order to show cause within seven
10 (7) days of the issuance of this order.
11 IT IS SO ORDERED.
12 DATED:  February 16, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT