UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MENAN,

        Plaintiff,

   v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF2, SELECT PORTFOLIO SERVICING, INC., and DOES 1 through 50, inclusive,

        Defendants.

        NO. CIV. S-12-0109 LKK/EFB

O R D E R

Defendants in this foreclosure case filed a motion to dismiss on January 26, 2012, which was initially scheduled to be heard on February 27, 2012. ECF No. 5. Plaintiff did not file an opposition or statement of non-opposition by the deadline for doing so. This court issued an order on February 16, 2012 continuing the hearing date to March 12, 2012, and ordering plaintiff's counsel to show cause why he should not be sanctioned for failing to file an

opposition or statement of non-opposition. ECF No. 7.

On the same day that the court issued that order, plaintiff filed an amended complaint, a statement of non-opposition to the motion to dismiss, and a response to the order to show cause.

In the response to the order to show cause, plaintiff's counsel indicated that he intended to file a statement of non-opposition to the motion to dismiss on the deadline for doing so, but that it was inadvertently not filed. No good cause having been shown, the court finds that sanctions are appropriate.

Accordingly, the court ORDERS as follows:

[1] Counsel for plaintiff is SANCTIONED in the amount of one hundred and fifty dollars ($150). This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order.

[2] Counsel for plaintiff SHALL file an affidavit accompanying the payment of this sanctions which states that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or any way made the responsibility of the client as attorneys' fees or costs.

[3] Defendants' motion to dismiss, ECF No. 5 is DENIED as MOOT. The hearing on the motion, currently scheduled for March 12, 2012, is VACATED.

IT IS SO ORDERED.

DATED: March 5, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT