UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MENAN,

        NO. CIV. S-12-0109 LKK/EFB

    Plaintiff,

   v.

        O R D E R

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF2, SELECT PORTFOLIO SERVICING, INC., and DOES 1 through 50, inclusive,

    Defendants.
_____/

    Pending before the court in the above-captioned case is a motion to dismiss by U.S. Bank National Association, as trustee for First Franklin Mortgage Loan Trust, Mortgage Pass-through Certificates, Series 2006-FF2 and Select Portfolio Servicing, ECF No. 12. Also pending before the court is a motion to expunge the notice of a pendancy action, ECF No. 19. The court does not find oral argument necessary in this matter.  Accordingly, the hearing

1

on the above motion currently set for April 23, 2012 is VACATED.

IT IS SO ORDERED.

DATED: April 19, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2